UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
  DOREEN BONGERS,                                    :
               Plaintiff,                           :
v.                                                         :        **ORDER**
                                                        :
MANUFACTURERS & TRADERS TRUST      :        19 CV 11440 (VB)
COMPANY, d/b/a M&T BANK,                  :
              Defendant.                       :
--------------------------------------------------------------x

       As discussed at a telephone conference held on the record today, January 27, 2021, and attended by counsel for all parties, it is HEREBY ORDERED:

       1.      Motions for summary judgment shall be filed by **March 15, 2021**.

       2.      Any oppositions shall be filed by **April 15, 2021**.

       3.      Replies, if any, shall be filed by **April 29, 2021**.

Dated: January 27, 2021
       White Plains, NY

                                                    SO ORDERED:

                                                    _____
                                                    Vincent L. Briccetti
                                                    United States District Judge

1