UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DOREEN BONGERS,
              Plaintiff,
v.                                                                            **ORDER**

MANUFACTURERS & TRADERS TRUST                       19 CV 11440 (VB)
COMPANY, d/b/a M&T BANK,
              Defendant.
--------------------------------------------------------------x

On January 27, 2021, the Court issued an order setting deadlines and a briefing schedule for the parties' anticipated motions for summary judgment. (Doc. #41). Pursuant to the Court's Order, any motions for summary judgment were due on March 15, 2021.

To date, neither party has filed a motion for summary judgment, nor have the parties informed the Court as to the status of this case.

Accordingly, it is HEREBY ORDERED that by March 26, 2021 the parties shall submit a joint letter to the Court setting forth the status of the case. Specifically, the parties must state whether the case has been resolved or whether they wish to proceed to trial.

Dated: March 22, 2021
       White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge